UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIR EDUARDO SANCHEZ MENDEZ,<br><br>                      Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden Imperial Regional Detention Facility, et al.,<br><br>                   Respondents. | Case No.:  26-CV-3196 JLS (DEB)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 9) |

Presently before the Court is Emir Eduardo Sanchez Mendez's Motion to Enforce the Judgment ("Mot.," ECF No. 9).  The Court **SETS** the following briefing schedule on the Motion.  Respondents **SHALL** file a response to the Motion on or before July 24, 2026. Petitioner **MAY** file a reply on or before July 31, 2026.  The Clerk shall **REOPEN** the case.

    **IT IS SO ORDERED.**

Dated:  July 17, 2026

_Janis L. Sammartino_
Hon. Janis L. Sammartino
United States District Judge

26-CV-3196 JLS (DEB)